PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
KATHRYN CAROL CORNELISON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHRYN CAROL CORNELISON<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner, Social Security<br><br>　　　　Defendant. | Case No. 2:20-CV-08816-ADS<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Honorable Autumn D. Spaeth |

　　Based upon the parties' Stipulation for Award of Attorney Fees and Costs under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees in the amount of $8,177.00, and costs in the amount of $400.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date:　July 28, 2022　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　Autumn D. Spaeth
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to FRCP Rule 25(d), Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).